| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SCHMETTERER, JACK B. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 08/05/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. BANKRUPTCY JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

7. Chambers or Office Address

219 SOUTH DEARBORN STREET
ROOM 600
CHICAGO, IL 606045

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD | JOHN HOWARD ASSOCIATION |
| 2. | MEMBER | FEDERAL BAR ASSOCIATION, CHICAGO CHAPTER |
| 3. | MEMBER | LAWYERS CLUB OF CHICAGO |
| 4. | MEMBER | DECALOGUE SOCIETY |
| 5. | MEMBER | AMERICAN BAR ASSOCIATION |
| 6. | MEMBER | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 7. | ADVISORY BOARD | JUST THE BEGINNING FOUNDATION |
| 8. | "PRIVILEGE" HOLDER | UNION LEAGUE CLUB OF CHICAGO - SEE (1) UNDER VIII |
| 9. | TRUSTEE ⬜ TRUST | ⬜ TRUST - SEE (2) UNDER VIII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 08/05/2013 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 08/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | JUST THE BEGINNING FOUNDATION | 9/20/12-9/23/12 | CHICAGO MARRIOTT HOTEL CHICAGO , IL | JUST THE BEGINNING FOUNDATION CONFERENCE | TRAVEL, LODGING AND MEALS FOR CONFERENCE |
| 2. | ECONOMICS INSTITUTE FOR JUDGES | 4/23/12-4/27/12 | NORTHWESTERN UNIVERSITY, CHICAGO, IL | CONTINUING LEGAL EDUCATION | LODGING, MEALS AND TRAVEL |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 08/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (ACCOUNT) | A | Interest | J | T | | | | | SEE (3) UNDER VIII |
| 2. MASS MUTUAL LIFE INSURANCE | A | Interest | J | T | | | | | |
| 3. ALL AMERICAN FINANCIAL CORP. COMMON STOCK | A | Interest | K | T | | | | | SEE (4) UNDER VIII |
| 4. IRA FIDELITY GNMA FUND | B | Dividend | K | T | | | | | SEE (5) UNDER VIII |
| 5. IRA FIDELITY GOVERNMENT INCOME | B | Dividend | K | T | Sold (part) | 4/13/12 | K | | |
| 6. IRA FIDELITY INTER BOND | A | Dividend | K | T | Buy | 4/13/12 | K | | |
| 7. IRA FIDELITY CASH RESERVES | A | Dividend | J | T | Buy | 3/31/12 | N | | |
| 8. | | | | | Sold (part) | 4/13/12 | M | | |
| 9. IRA FIDELITY INVESTMENT GRADE | A | Dividend | L | T | Buy | 4/13/12 | L | | |
| 10. IRA FIDELITY SHORT TERM BOND | A | Dividend | L | T | Buy | 4/13/12 | L | | |
| 11. IRA FIDELITY FOCUSED HIGH INCOME FUND | B | Dividend | K | T | Buy | 4/13/12 | K | | |
| 12. IRA FIDELITY TOTAL BOND | B | Dividend | K | T | Buy | 4/13/12 | K | | |
| 13. IRA FIDELITY NEW MILLENIUM | B | Dividend | K | T | Buy | 4/13/12 | K | | |
| 14. IRA FIDELITY BALANCED | A | Dividend | K | T | Buy | 4/13/12 | K | | |
| 15. IRA FIDELITY LOW PRICED STOCK | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 16. TRUSTEE OF ▨▨▨ TRUST | | None | | | | | | | SEE (6) UNDER VIII |
| 17. ▨▨▨ CALENDAR YEAR 2001; INVESTMENTS FOLLOW | | | | | | | | | SEE (7) UNDER VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CONNECTICUT LT & POWER | B | Dividend | | | Sold | 1/14/12 | J | C | |
| 19. FEDERAL HOME LOAN MTG CORP 7.5% | A | Interest | J | T | | | | | |
| 20. GE GLOBAL INS 6.45% | C | Interest | L | T | | | | | |
| 21. PREFERRED PLUS 1ST AMERICA FINANCIAL 7.55% | B | Interest | | | Sold | 5/7/12 | K | | |
| 22. SATURNS MAY DEPT. 6.25% | A | Interest | | | Sold | 3/29/12 | J | A | |
| 23. WINDSTREAM CORP. | A | Dividend | | | Sold | 5/7/12 | J | | |
| 24. BARCLAYS BANK PREF. STOCK | A | Dividend | | | Sold | 5/7/12 | J | A | |
| 25. NATIONAL CITY BANK OF LAPORTE (ACCOUNT) | A | Interest | J | T | | | | | |
| 26. POWERSHARES GLOBAL TR PREFERRED ETF | B | Dividend | J | T | Buy | 5/7/12 | K | | |
| 27. | | | | | Sold (part) | 7/13/12 | K | | |
| 28. PIMCO ALL ASSET AUTHORITY CL C | A | Dividend | J | T | Buy | 5/7/12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: POSITIONS

1. LINE 8: IN 1988, UNION LEAGUE CLUB OF CHICAGO ADMITTED ALL FEDERAL JUDGES TO "PRIVILEGE" OF USING FACILITIES AT THE CLUB WITHOUT PAYMENT OF ANY INITIATION FEE. AS PRIVILEGE HOLDERS, WE EACH PAY A MONTHLY JUDICIAL RATE (NOW $78 PER MONTH), FIXED BY THE CLUB TO COVER ITS OVERHEAD COSTS FOR PRIVILEGE HOLDERS. WE MUST ALSO PAY REGULAR RATES FOR ALL FOOD, LODGING, ENTERTAINMENT, PROGRAMS, OR USE OF FACILITIES REQUIRING SPECIAL CHARGES. THIS IS NOT AN HONORARY MEMBERSHIP OR A MEMBERSHIP AT ALL, BUT IS UNDER A CLUB "PRIVILEGE" CATEGORY TO USE THE FACILITIES BY PAYING REGULAR RATES FOR WHATEVER WE USE.

2. LINE 9: AFTER DEATH OF FORMER SPOUSE (10/28/98), TRUSTEE BECAME TRUSTEE OF          TRUST WHICH OWNS INSURANCE POLICY,             AND                UNDER TESTAMENTARY TRUST WHICH TRUSTEE IS BENEFICIARY FOR LIFE (EXCEPT FOR INSURANCE POLICY), AND THEN             AS SUCCESSORS.

PART VII: INVESTMENTS AND TRUSTS

3. LINE 1: CHASE BANK: ADDED "ACCOUNT" BECAUSE THIS IS A CHECKING ACCOUNT AND ACCUMULATES A MINIMUM AMOUNT OF INTEREST PER YEAR. LETTER SENT TO COMMITTEE 6/5/10 INDICATING SAME.

4. LINE 3: ALL AMERICAN FINANCIAL CORP COMMON STOCK WAS TRANSFERRED          IN 2012.

5. LINE 4: IRA FIDELITY INCLUDES ROLLOVER OF THRIFT PLAN OF $352,959.00 IN EARLY 2012 SEE LINES 4 THROUGH 15

6. LINE 16: TRUST #1 OF WHICH ASSETS ARE LIFE INSURANCE PURCHASED THROUGH U.S. GOVERNMENT                IN ILLINOIS AND MICHIGAN FROM WHICH NO INCOME IS DERIVED, OF WHICH TRUSTEE #1 IS BENEFICIARY AND          ARE SUCCESSOR BENEFICIARIES.

7. LINE 18-28: REMARRIED DURING CALENDAR YEAR 2001 AND         ASSETS ARE LISTED ON THESE LINES.

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 08/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JACK B. SCHMETTERER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544